MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WINSTON MCGREGOR,

        Plaintiff,

vs.

MIDLAND FUNDING LLC,

        Defendant.

Case No. 2:13-cv-00454-JAD-CWH

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter, and all claims therein, be dismissed with prejudice as to all parties with each party to bear their/its costs and attorney's fees.

DATED: June 25, 2013.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIM, P.A. |
| /s/ Mitchell D. Gliner | *(signature)* |
| MITCHELL D. GLINER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 001107 |
| 3017 W. Charleston Blvd. # 95 | GREGORY A. KRAEMER, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 010911 |
| Attorney for Plaintiff | 6060 Elton Ave., Suite A |
| | Las Vegas, Nevada 89107 |
| | Attorneys for Defendant |

IT IS SO ORDERED this 12th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE